O’Donnell, J.,
dissenting.
{¶ 26} Respectfully, I dissent.
{¶ 27} The court of appeals correctly concluded in this case that relators, the Meigs County Home Rule Committee and its members, had not established by clear and convincing evidence their entitlement to a writ of mandamus compelling the Meigs County Board of Commissioners to adopt a resolution pursuant to R.C. 307.94 to cause the county’s board of elections to submit the charter adoption question to the electors.
{¶ 28} The board of elections in this case did not certify the petition and signatures within the 120 day time period as R.C. 307.94 mandates, thereby failing to satisfy the requirements of the statute. Here, the board of elections’ initial, July 2, 2015 letter to the commissioners did not certify the validity of the petition, as required under R.C. 307.94. In a July 13, 2015 letter, the board of elections attempted to correct its omission, but that letter did not meet the 120 day statutory deadline.
{¶ 29} Accordingly, because relators have failed to establish entitlement to the writ, I would -deny the writ and affirm the judgment of the appellate court.
Pfeifer and Kennedy, JJ., concur in the foregoing opinion.